Exhibit 1

 TOUCHSTONE

Research Group, LLC
244 Fifth Avenue
2nd Floor, Suite 2571
New York, NY 10001-7604
Voice/Fax 800-AT-DD214 (800-283-3214) Fax 646-530-8701
client_services@touchstoneresearchgroup.com

Re: Your Order for a certified copy of your DD Form 214.

## INSTRUCTION SHEET
## DD214 *Express Service*

Dear Client,

Thank you for your order! We truly appreciate your business. But, to assure that we can acquire your DD214 in the fastest and most efficient manner, please follow these directions:

1. Complete in its entirety the following form. Provide as much information as you can. Incomplete and/or inaccurate information may cause a delay in acquiring your DD214.

2. IMPORTANT: If your need for your record is indeed urgent and critical, be sure to describe the basis for your urgent and critical need at the **3. Purpose** section. For example, "The DD214 is required by [date] for a burial service to be held on [date]." Or, "I need my DD214 by [date] for a VA Loan and real estate closing that will take place on [date]." Or, "I must submit my DD214 at my job interview, which will be held on [date]." Describe your particular urgent and critical need. Remember, making false statements on this form may subject you to criminal prosecution.

3. Print out the form, then SIGN and date the form.

4. For speediest service, fax the accompanying cover sheet and completed, signed form to us toll free at 800-AT-DD214 (800-283-3214), or to our dedicated fax 646-530-8701. Or, you can scan the form at 300 DPI, output to PDF, and e-mail to us at client_services@touchstoneresearchgroup.com. We always recommend PGP encryption when submitting confidential information to us via e-mail. Our Public Key is available at: http://www.touchstoneresearchgroup.com/catalog/shipping.php   Once we review your request form, we will send you an e-mail acknowledging your request form's successful receipt and review. If you don't receive this acknowledgement within two (2) hours during office hours, let us know.

5. PAYMENT: If you've paid by eCheck, be sure to fax us a copy of your check marked "VOID." If you've paid by Money Order, fax us a copy and indicate the date mailed. If you've paid by Western Union, indicate the Money Transfer control number. We'll know if you've paid by credit card, PayPal or Google Checkout.

6. Keep the signed originals in a safe place, for your records.

7. We will endeavor to provide your DD214 within the amount of time that you have specified within your order. Our interest is to provide you with the fastest possible delivery.

8. You can always log into your Touchstone Research Account and go to your Order Page for status updates and comments made on your order.

*Thank You!*

## PLEASE USE THIS PAGE AS YOUR FAX COVER SHEET.

Please use this form fax as your fax cover. This will help us relate your records request to your order and payment.

FROM:_____ FAX #_____

TO:    **Touchstone Research Group, LLC**          FAX: **646-530-8701**

RE: Order Number |_____|    (from your web order or order confirmation e-mail)

*Name of person whose records are being obtained* |_____

Comments_____

_____

_____


For speediest service, fax the form and your request to: 646-530-8701

OR mail originals to us. Our mailing address is:

Touchstone Research Group, LLC
244 Fifth Avenue
2nd Floor, Suite 2571
New York, NY 10001-7604
Voice/Fax 800-At-DD214 (800-283-3214)

MONEY ORDER? If paying by money order, include a fax copy and indicate the date you mailed your money order _____

CHECK? No need to send your check. If you've paid by Echeck, just fax a copy of your check marked "VOID" and it will be processed electronically.

WESTERN UNION? If you've paid by Western Union, the Money Transfer control number is _____

Date you faxed these documents _____

If you've faxed your documents to us, you can retain the originals for your records. Upon receipt of your FAX or originals, your order will be queued for processing.

## *DON'T FORGET TO SIGN THE REQUEST PAGE*

Touchstone Research Group, LLC ("TRG")     Voice/Fax 800-283-3214     Form Expires 4/30/2019

# REQUEST PERTAINING TO MILITARY RECORDS

To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form. Please print clearly or type. If you need more space, use plain paper.

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| 1. NAME USED DURING SERVICE (last, first, and middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| | | | |

5. SERVICE, PAST AND PRESENT   (For an effective records search, it is important that all service be shown below.)

| BRANCH OF SERVICE | DATES OF SERVICE | | CHECK ONE | | SERVICE NUMBER DURING THIS PERIOD (If unknown, write "unknown") |
|---|---|---|---|---|---|
| | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | |
| a. ACTIVE SERVICE | | | | | |
| | | | | | |
| | | | | | |
| b. RESERVE SERVICE | | | | | |
| | | | | | |
| c. NATIONAL GUARD | | | | | |
| | | | | | |

6. IS THIS PERSON DECEASED? If "YES" enter the date of death.
   ☐ NO   ☐ YES _____

7. IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE?
   ☐ NO   ☐ YES

## SECTION II – INFORMATION AND/OR DOCUMENTS REQUESTED

**1. REPORT OF SEPARATION** (DD Form 214 or equivalent). This contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below. NOTE: If more than one period of service was performed, even in the same branch, there may be more than one Report of Separation. Be sure to show EACH year that a Report of Separation was issued, for which you need a copy.

   ☐ An **UNDELETED** Report of Separation is requested for the year(s) _____

This normally will be a copy of the full separation document including such sensitive items as the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost. An undeleted version is ordinarily required to determine eligibility for benefits.

   ☐ A **DELETED** Report of Separation is requested for the year(s) _____

The following information will be deleted from the copy sent: authority for separation, reason for separation, reenlistment eligibility code, separation(SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

**2. OTHER INFORMATION AND/OR DOCUMENTS REQUESTED**   (Touchstone researcher shall have access to any and all of my records.)

_____

_____

**3. PURPOSE** (Optional – An explanation of the purpose of the request is strictly voluntary. Such information may help the agency answering this request to provide the best possible response and will in no way be used to make a decision to deny the request.) _____

_____

## SECTION III - REQUESTER'S ADDRESS AND SIGNATURE

**1. REQUESTER IS:**

☐ Military service member or veteran identified in Section I, above     ☐ Legal guardian (must submit copy of court appointment)

☐ Next of kin of deceased veteran _____     ☐ Other (specify) _____
                                  (relation)

**2. To the NPRC** and any other government agency in possession of any of my military and/or medical records: I hereby grant Touchstone Research Group LLC and their researchers a **Limited Power of Attorney** for the sole purpose of obtaining my records, and to do and perform all and every act and thing whatsoever necessary to be done in and about the specific and limited premises (set out herein) as fully, to all intents and purposes, as might or could be done if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done by virtue hereof.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

For questions or guidance concerning this request, contact: the Touchtone researcher who submitted this request; OR

  Touchstone Research Group LLC
  244 5th Ave. Ste 2571
  New York, NY 10001-7604
  800-AT-DD214 (800-283-3214)

Signature   (Please do not print.)

_____   ( ) _____
Date of this request           Daytime phone

Email address _____

FAX to: 646-530-8701